UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REMONTE MCDADE, | : | |
| Petitioner, | : | Case No. C-1-00-1016 |
| vs. | : | JUDGE SPIEGEL |
| HARRY RUSSELL, Warden, | : | MAGISTRATE JUDGE HOGAN |
| Respondent. | : | |

_____

**PETITIONER REMONTE MCDADE'S NOTICE OF APPEAL**
_____

Notice is hereby given that Remonte McDade, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment denying his petition for a writ of habeas corpus, entered in this action on the 7th day of August, 2003.

Respectfully submitted,

DAVID H. BODIKER, #0016590
Ohio Public Defender

s/SIOBHAN R. CLOVIS
SIOBHAN R. CLOVIS, #0069965
Assistant State Public Defender
siobhan.clovis@opd.state.oh.us

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street - 11th floor
Columbus, Ohio 43215
(614) 466-5394
(614) 752-5167 (Fax)

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

A copy of the foregoing **Notice of Appeal** has been served upon Thelma Thomas Price, Assistant Attorney General by U.S. mail address to her office at the Corrections Litigation Section, 140 East Town Street, 14th Floor, Columbus, Ohio 43215 on September 2, 2003. This document was electronically filed.

                                                  s/SIOBHAN R. CLOVIS
                                                  SIOBHAN R. CLOVIS, #0069965
                                                  Assistant State Public Defender

                                                  COUNSEL FOR PETITIONER

#185449