## TRANSMISSION FORM

| | | | |
|---|---|---|---|
| District Court: | S.D. of Ohio(Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit | |
| District Court Case No: | C-1-00-1016 | Court of Appeals Case No: | 03-4235 |
| SHORT CAPTION | | | |
| Remonte McDade | | Case Manager: | |
| Plaintiff/Petitioner | | Date Filed: | |
| vs. | | | |
| Harry Russell, Warden | | **FILED** SEP 24 2003 LEONARD GREEN, Clerk | |
| Defendant/Respondent | | | |
| [provide pro se address if NOT on the docket sheet] | | | |
| District Court Judge: | S. Arthur Spiegel | Anything That Needs Special Attention | |
| Court Reporter(s): | | **Notice of Appeal (doc.#13) appealing the Order (doc.#11), and Judgment (doc.#12) dismissing petitioner's case.** | |
| From Deputy Clerk: | Arthur Hill | | |
| Date: | 9/12/03 | | |
| $105.00 Appeal Filing Fee Paid? **No** | | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court

RECEIVED SEP 15 2003 LEONARD GREEN, CLERK

03 SEP 24 PM 1:57 FILED KENNETH J. MURPHY CLERK