**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Southern District of Ohio | 00-01016 |

Short Case Title  McDade v. Russell

Date Notice of Appeal Filed by Clerk of District Court  9/24/03           COA#  03-4235

PART I.  (To be completed by party ordering transcript, the form must be signed whether or not transcript is ordered)

A. Complete one of the following:

☒ No hearings
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in District Court Clerk's Office
☐ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

| JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |

Pre-trial proceedings _____
Testimony (specify witnesses) _____

Other (specify) _____

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24

Voir Dire ☐;  Opening statement of plaintiff ☐  defendant ☐;
Closing argument of plaintiff ☐  defendant ☐;
Jury Instructions ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA form 24)
☐ Private funds
Date _____

Signature  s:/Siobhan R. Clovis      Print Name  Siobhan R. Clovis      Counsel for  Appellant

Address  8 E. Long St. 11th Floor, Columbus, OH 43215  Telephone 614-466-5394

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.