# TRANSMISSION FORM

| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| District Court Case No: 1:00cv0016 | Court of Appeals Case No: |
| SHORT CAPTION | |
| **REMONTE MCDADE** | Case Manager: |
| Plaintiff/Petitioner<br><br>vs.<br><br>**HARRY RUSSELL**<br><br>Defendant/Respondent<br><br>*provide pro se address IF NOT on the docket sheet | Date Filed: |
| District Court Judge: **S. ARTHUR SPIEGEL**<br><br>Court Reporter(s): | Anything That Needs Special Attention<br><br>NOTICE OF APPEAL(DOC.13) appealing ORDER(DOC.11) and JUDGMENT(DOC.12) entered on 8/7/2003. |
| From Deputy Clerk: **ARTHUR HILL**<br><br>Date: 1/22/2004 | |
| $105.00 Appeal Filing Fee Paid?  **NO (IFP)** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s)   One (1)  Volume

Deposition(s)   Volume(s)        Exhibit(s) One (1)  Volume

Transcript(s)   Volume(s)        **Sealed**        Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
_____
United States District Court