## TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:00cv1016 | Court of Appeals Case No: 03-4235 |
| SHORT CAPTION | **REMONTE MCDADE** | Case Manager: |
| Plaintiff/Petitioner | vs. **HARRY RUSSELL** Defendant/Respondent *provide pro se address IF NOT on the docket sheet | Date Filed: **FILED JAN 2 2 2004 LEONARD GREEN, Clerk** |
| District Court Judge: | **S. ARTHUR SPIEGEL** | Anything That Needs Special Attention NOTICE OF APPEAL(DOC.13) appealing ORDER(DOC.11) and JUDGMENT(DOC.12) entered on 8/7/2003. |
| Court Reporter(s): | | |
| From Deputy Clerk: | **ARTHUR HILL** | |
| Date: | 1/22/2004 | |
| $105.00 Appeal Filing Fee Paid? NO (IFP) | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s)  One (1)  Volume

Deposition(s)   Volume(s)       Exhibit(s) One (1)  Volume

Transcript(s)   Volume(s)       **Sealed**      Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
United States District Court