# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 03-4235

05 FEB 18 AM 11:39

Filed: February 17, 2005

1:00 CV 1016

**REMONTE MCDADE**

    Petitioner - Appellant

v.

**HARRY K. RUSSELL, Warden**

    Respondent - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 1/26/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ............$
Printing ............$

    Total ........$

Deputy Clerk