**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
CLERK

**MICHELLE R. SENGER**
(513) 564-7045
www.ca6.uscourts.gov

05 MAR 23 PM 5:06

Filed: February 18, 2005

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 03-4235
McDade vs. Russell
District Court No. 00-01016

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-4235] . Volumes included: 1 Pl; 2 Ex.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_Karen F. Jones, Division Manager_
Name and Title of Authorized Agent for
the District Court or Government Agency

3-23-05
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy